IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00706-FDW-DSC

| | |
|---|---|
| **DUKE ENERGY PROGRESS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **NATIONAL MARINE FISHERIES SERVICE, et. al.** | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the Defendants' "Motion to Stay" (document # 10) filed March 24, 2014. Having conferred with the chambers of the Honorable Frank D. Whitney, the Motion will be <u>denied</u>. <u>In order to facilitate settlement discussions, the Defendants' deadline to answer or otherwise respond to the Complaint is extended to April 14, 2014</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: 3/25/2014

David S. Cayer
United States Magistrate Judge