IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00706-FDW-DSC

| | |
|---|---|
| **DUKE ENERGY PROGRESS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **NATIONAL MARINE FISHERIES SERVICE, et. al.,** | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Richard Roos-Collins]" (document #15) filed April 15, 2014. For the reasons set forth therein, the Motions will be <u>granted</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving cousel; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: April 16, 2014

_____
David S. Cayer
United States Magistrate Judge