**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:13-CV-00706-FDW-DSC**

| | |
|---|---|
| DUKE ENERGY PROGRESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL MARINE FISHERIES )<br>SERVICE, )<br>UNITED STATES DEPARTMENT OF )<br>COMMERCE, )<br>ROY CRABTREE AND )<br>PENNY PRITZKER, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Unopposed Motion to Stay or, Alternatively, to Extend the Case Management Order Deadlines" (document # 25) filed June 16, 2014.

After conferring with the chambers of the Honorable Frank D. Whitney, it is hereby **ORDERED** that the Motion is **GRANTED**. The Court will modify the Case Management Order deadlines as follows:

| | |
|---|---|
| Certification and Filing of Administrative Record: | August 15, 2014 |
| Motions to Challenge Sufficiency of Record and to seek outside discovery: | September 5, 2014 |
| Plaintiff's Motion for Summary Judgment: | September 30, 2014 |
| Defendant's Response in Opposition and Cross-Motion for Summary Judgment: | October 21, 2014 |

| | |
|---|---|
| Plaintiff's Reply and Opposition to Cross-Motion: | November 11, 2014 |
| Defendant's Reply to Cross-Motion: | November 25, 2014 |
| Summary Judgment Motions (hearings): | December 1-12, 2014 |
| ADR: | August 27, 2014 |

The Clerk is directed to send copies of this Order to counsel of record; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.  Signed: June 16, 2014

David S. Cayer
United States Magistrate Judge