IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CV-00706-FDW-DSC

| | |
|---|---|
| **DUKE ENERGY PROGRESS, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NATIONAL MARINE FISHERIES** )<br>**SERVICE,** )<br>**UNITED STATES DEPARTMENT OF** )<br>**COMMERCE,** )<br>**ROY CRABTREE AND** )<br>**PENNY PRITZKER,** )<br>)<br>**Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on the "Joint Motion for a Stay or, Alternatively, to Extend the Case Management Order Deadlines, to Obtain Authorizations to File Settlement Agreement" (document # 27) filed August 5, 2014.

After conferring with the chambers of the Honorable Frank D. Whitney, it is hereby **ORDERED** that the Motion is **GRANTED**. This case is stayed for thirty (30) days. The parties are cautioned that further extensions may not be granted absent exceptional circumstances.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: August 5, 2014

David S. Cayer
United States Magistrate Judge